# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 3, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138696(49)

SUPERIOR HOTELS, L.L.C.,
      Petitioner-Appellant,

v

TOWNSHIP OF MACKINAW,
      Respondent-Appellee.

_____

SC: 138696
COA: 276836
MTT: 00-313228

      On order of the Chief Justice, the motion by the Attorney General for leave to participate in oral argument is considered and it is GRANTED. The Attorney General may present oral argument limited to ten minutes immediately following the arguments by the parties.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 3, 2009

_____
Clerk